UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:20-cv-23161-DPG

**ROBIN VELEZ**
**Plaintiff,**
vs.
**NEOCIS, INC., a Foreign Corporation,**
**Defendant.**
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, ROBIN VELEZ, by and through her undersigned counsel, and in agreement with Defendant, NEOCIS INC.., hereby provides notice that the parties have reached a settlement of all claims in this case. The parties are in the process of finalizing the agreement and preparing the dismissal documents, which will be filed with the Court upon completion.

Dated: June 16, 2021

Respectfully submitted,

/s/Nathaly Saavedra
Nathaly Saavedra, Esq.
Fla. Bar No. 118315
**PEREGONZA THE ATTORNEYS, PLLC**
1414 NW 107th Ave, Suite 302
Doral, FL 33172
Tel.    (786) 650-0202
Fax.   (786) 650-0200
Email: nathaly@peregonza.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Nathaly Saavedra, Esq
NATHALY SAAVEDRA, ESQ.

## SERVICE LIST

Nathaly Saavedra, Esq.
Fla. Bar No. 118315
Email: nathaly@peregonza.com
**PEREGONZA THE ATTORNEYS, PLLC**
1414 NW 107th Ave,
Suite 302
Doral, FL 33172
Tel. (786) 650-0202
Fax. (786) 650-0200

*Attorney for Plaintiff*


John R. Byrne, Esq.
Florida Bar No. 0126294
LEÓN COSGROVE, LLP
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Email: jbyrne@leoncosgrove.com
Email: cmanzano@leoncosgrove.com

*Counsel for Defendant*


Method of Service: CM/ECF Notice