UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:20-cv-23161-DPG

ROBIN VELEZ

Plaintiff,

vs.

NEOCIS, INC., a Foreign Corporation,

Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure Plaintiff, ROBIN VELEZ ("Plaintiff") and Defendant, NEOCIS INC. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate to the dismissal of the above referenced action with prejudice, with each party to bear its own attorneys' fees and costs except as otherwise provided for in the parties' Settlement Agreement. The parties request that the Court enter an Order dismissing this case with prejudice.

Respectfully submitted this 21st day of June 2021,

| /s/ *Nathaly Saavedra* | /s/John R. Byrne |
|---|---|
| Nathaly Saavedra, Esq. | John R. Byrne, Esq. |
| Florida Bar No. 118315 | Florida Bar No. 0126294 |
| PereGonza Law Group, PLLC | LEÓN COSGROVE, LLP |
| 1414 NW 107th Avenue, Suite 302 | 255 Alhambra Circle, 8th Floor |
| Miami, Florida 33172 | Miami, Florida 33134 |
| Tel: (786) 650-0202 | Email: jbyrne@leoncosgrove.com |
| Fax: (786) 650-0200 | Email: cmanzano@leoncosgrove.com |
| Email: nathaly@peregonza.com | |
| *Attorneys for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 21st day of June, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Florida e-Filing Portal Electronic Docketing System. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by Florida's e-Filing Portal Electronic Docketing System or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

               /s/Nathaly Saavedra
               Nathaly Saavedra, Esq.

## SERVICE LIST

John R. Byrne, Esq.
Florida Bar No. 0126294
LEÓN COSGROVE, LLP
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Email: jbyrne@leoncosgrove.com
Email: cmanzano@leoncosgrove.com

*Counsel for Defendant*

Method of Service ECF Notice